UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PHYLLIS G. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-CV-00393-JRG-DCP |
| | ) |
| WILLIAM S. MASSA, III, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter is before the Court on a sua sponte review of the record. Plaintiff filed this civil action on September 19, 2018, [Compl., Doc.1], and she executed service on October 15, 2018, [Executed Summons, Doc. 8]. Defendant has filed no answer or other responsive pleading, *see* Fed. R. Civ. P. 12(a), (b), and Plaintiff has taken no action to pursue default, *see* Fed. R. Civ. P. 55(a), or any other relief.

Within fourteen days from the date of this Order, Plaintiff is therefore **ORDERED** to **SHOW CAUSE** as to why the Court should not dismiss this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (permitting courts to dismiss the claims against a defendant when a plaintiff fails to prosecute her case and stating that the dismissal "operates as an adjudication on the merits"); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–33 (1962) (recognizing that courts may sua sponte raise Federal Rule of Civil Procedure 41(b) when a plaintiff fails to prosecute her case). Plaintiff's failure to respond to this Order may result in the dismissal of this action without further notice.

So ordered.

ENTER:

               s/J. RONNIE GREER
              UNITED STATES DISTRICT JUDGE